FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 26 2023

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Dexter DARDEN

Criminal Action No.
1:23-MJ-693

## Government's Motion for Detention Pending Trial

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Gregory E. Radics, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. § 3142 and requests that the Court conduct a hearing: *(check one)*

☑ at initial appearance; OR ☐ after a continuance of ___ *(insert number, up to 3)* days.

### Eligibility of Case

This case is eligible for a detention order because it involves: *(check all that apply)*

☐ A crime of violence as defined in 18 U.S.C. § 3156(4);
☑ A controlled substance offense (21 U.S.C. §§ 801-963 or 46 U.S.C. § 70503(a)) punishable by 10 years or more in prison;
☑ A serious risk that the defendant will flee;
☐ A serious risk that the defendant will obstruct justice or attempt to do so; and/or
☐ Other: _____.

### Rebuttable Presumption

☑ The United States hereby invokes the rebuttable presumption under 18 U.S.C. § 3142(e)(3) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. *(check if applicable)*

### Reason(s) for Detention

No condition or combination of conditions of release will reasonably assure: *(check all that apply)*
☑ Defendant's appearance as required; and/or ☑ the safety of any other person and the community.

### Additional Information

_____
_____
_____
_____

Dated: July 26, 2023

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

*/s/* GREGORY E. RADICS
Assistant United States Attorney
Ga. Bar No. 591724

75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

### Certificate of Service

The U.S. Attorney's Office served this document today by handing a copy to defense counsel: Melissa McGrane

July 26, 2023

/s/ GREGORY E. RADICS